UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LARRY E. STARKS, JR., et al.

    Plaintiff,

v.

JAMES J. DAVIDSON,
*Warden of Institution*, *et al*.,

    Defendants.

Case No. 08-cv-659-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Larry Starks, Jr., Craig Spencer, Kevin Drysdale, and David Coleman are dismissed from this matter with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff James Brown's claims against Defendant James Davidson in this matter are dismissed with prejudice.

FINALLY, IT IS ORDERED AND ADJUDGED that Plaintiff James Brown's claims against Defendants Jeffrey Parker, Ron Vitale, and Bruce Morrison in this matter are dismissed without prejudice.

**DATED:** September 22, 2010        **NANCY ROSENSTENGEL**

                                                     **By: s/Jina Hoyt, Deputy Clerk**

**Approved:**    **J. PHIL GILBERT**
                   **DISTRICT JUDGE**